IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VONEKA Q. NETTLES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0605-WS-C |
| | ) |
| **DAPHNE UTILITIES,** | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Order entered on this date pursuant to Rule 52(a), Fed.R.Civ.P., finding for the defendant and against the plaintiff on all triable claims and causes of action, it is **ordered, adjudged and decreed** that plaintiff Voneka Nettles shall have and take nothing from defendant, Daphne Utilities. It is further **ordered, adjudged and decreed** that a Final Judgment be, and the same hereby is, entered in favor of the defendant, Daphne Utilities, and against the plaintiff, Voneka Nettles. The defendant is entitled to recover from the plaintiff its taxable costs.

DONE and ORDERED this 17th day of August, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE